

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2019

No. 04-19-00475-CV

**IN RE G.E.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
The Honorable Laura Salinas, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The appellee's brief is due on or before November 1, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk